United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15095-amc
Markiea D. Ward                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 03, 2020
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13892973       E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2020 03:20:23
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Markiea D. Ward dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          HAROLD N. KAPLAN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                    TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15095-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Markiea D. Ward
7339 Woodbine Avenue
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | NewRez LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/05/20

Tim McGrath
**CLERK OF THE COURT**