Certificate Number: 12433-PAE-DE-035414676

Bankruptcy Case Number: 16-15095



12433-PAE-DE-035414676

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2021, at 8:47 o'clock PM EST, Markiea D. Ward completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 1, 2021     By:   /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher