United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15095-elf |
| Markiea D. Ward | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Markiea D. Ward, 7339 Woodbine Avenue, Philadelphia, PA 19151-2212 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing, LLC, 14841 Dallas Parkway, Suite 300, DALLAS, TX 75254-7883 |
| 13971980 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14042886 | | Ditech Financial LLC, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13838687 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13762046 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13762047 | + | Eagle One Fcu, Po Box 33345, Philadelphia, PA 19142-0545 |
| 13762050 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14476293 | | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14600219 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, c/o Joshua I Goldman, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 13762052 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13762057 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13836175 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13795998 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13762058 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13762043 | + | Email/Text: broman@amhfcu.org | May 19 2021 01:58:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13846260 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | Water Revenue Bureau, LAW DEPARTMENT TAX UNIT, 1401 JOHN F. KENNEDY BLVD., Rm. 580, PHILADELPHIA, PA 19102-1595 |
| 13762044 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:11 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13836538 | + | Email/Text: bnc@bass-associates.com | May 19 2021 01:49:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13762045 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:10 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13762051 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 16-15095-elf    Doc 55    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13833437 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:51:32 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| | | | May 19 2021 01:49:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13817551 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13762054 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:07 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 13762055 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13762056 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:06 | Syncb/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 13837287 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13892973 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13762048 | *+ | Eagle One Fcu, Po Box 33345, Philadelphia, PA 19142-0545 |
| 13762049 | *+ | Eagle One Fcu, Po Box 33345, Philadelphia, PA 19142-0545 |
| 13762053 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Markiea D. Ward dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JEROME B. BLANK | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 31 |

    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

JOSHUA I. GOLDMAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

MARIO J. HANYON
    on behalf of Creditor DITECH FINANCIAL LLC wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Markiea D. Ward
      Debtor(s)                                              Bankruptcy No: 16−15095−elf
                                                                           Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                      For The Court
                                                                                Timothy B. McGrath
                                                                                  Clerk of Court

Dated: 5/18/21

                                                                                                                                                  52 − 51
                                                                                                           Form 138_new